Case 1:18-cv-08781-VEC Document 26 Filed 04/08/19 Page 1 of 2

# Frost & Miller, LLP
Attorneys at Law
260 Madison Avenue, 17th Floor
New York, New York 10016
Tel: (646) 597-6277
Fax: (212) 448-0066

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/08/2019

April 8, 2019

**MEMO ENDORSED**

*By ECF*
Honorable Valerie Caproni
United States District Court Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

  Re: Jose Luis Gros Reico, et al v. Nicon Build, LLC, et al.
     Docket No. 1:18-cv-8781

Dear Judge Caproni:

  Our office is counsel to Defendants Nicon Build, LLC and Evan Frost and Jonathan W. Tribiano, Esq. is counsel to Defendant Nicon Consulting & Construction, Inc. with respect to the above-referenced action.

  Please permit this correspondence to address the Court's Memorandum Endorsement Order entered April 3, 2019 (Docket No. 25) wherein the Court found paragraph 2 of the proposed Settlement Agreement submitted jointly by the parties to be ambiguous in that the "parties only intend to release claims actually alleged in the complaint", and directed the parties to "strike or clarify any language in paragraph 2 that suggest otherwise".

  The cover letter dated April 2, 2019 submitted by the parties with the revised Settlement Agreement to the Court incorrectly stated in paragraph 5 of that letter that the parties "intended to resolve and satisfy all claims made by the Plaintiffs in their complaint". The cover letter failed to further state that the intention and agreed upon understanding between the Plaintiffs and Defendants was to provide mutual general releases between Plaintiffs and Defendants. The Plaintiffs release Defendants from all claims arising out of or relating in any way to Plaintiffs' employment by or separation from Defendants in exchange for which Defendants would release Plaintiffs from any claims related to or arising out of any aspect of Plaintiffs' relationship and/or employment with Defendants.

  In addition, the Court's Memorandum Endorsement Order further found paragraph 2 of the proposed Settlement Agreement to be ambiguous since the release may be construed to prohibit the filing of "any claim with an administrative agency". Rather, the Settlement Agreement specifically does not prohibit the filing of such a claim, but does provide that if such a claim is filed the claimant/Plaintiff will forfeit his settlement amount under the Settlement Agreement.

# Frost & Miller, LLP

Accordingly, paragraph 2 of the proposed Settlement Agreement submitted by the parties sets forth the intended and agreed upon terms of the settlement between the parties. Once the inaccurate language in the cover letter is clarified there is no ambiguity in the settlement reached by the parties or in the Settlement Agreement.

We thank the Court for its attention to this matter.

Respectfully,

_Gregory Frost_
Gregory Frost, Esq.
Frost & Miller, LLP
*Attorneys for Nicon Build and Evan Frost*
260 Madison Avenue, 16th Floor
New York, NY 10016
Office: 646-597-6277

_Jonathan W. Tribiano_
Jonathan W. Tribiano, Esq.
Jonathan W. Tribiano, PLLC
*Attorneys for Nicon Consulting and Construction, Inc.*
404 Manor Road
Staten Island, New York 10314
Tel: (718) 530-1445

s/Lawrence Spasojevich
Lawrence Spasojevich, Esq.
Law Offices of James F. Sullivan, P.C.
52 Duane Street, 7th Floor
New York, New York 10007
*Attorney for Plaintiff*

---

> Once again, the Court will not approve as fair and reasonable a general release of all claims arising out of Plaintiffs' employment. The Court does not find Defendants' release of their claims against Plaintiffs to be a fair exchange, as most claims encompassed by the release are likely to be actions pursuant to remedial statutes that can only be asserted against an employer, not an employee. Additionally, the Court will not approve of a forfeiture clause that applies to administrative claims outside of the rights implicated in the Complaint. The parties are directed to submit a revised proposal consistent with the foregoing no later than **April 15, 2019**. The conference on April 12, 2019, is adjourned to **April 19, 2019 at 10:00 A.M.**
>
> SO ORDERED. Date: 04/08/2019
>
> _Valerie Caproni_
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE