# Frost & Miller, LLP

Attorneys at Law
260 Madison Avenue, 17th Floor
New York, New York 10016
Tel: (646) 597-6277
Fax: (212) 448-0066

April 15, 2019

*By ECF*
Honorable Valerie Caproni
United States District Court Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    Jose Luis Gros Reico, et al v. Nicon Build, LLC, et al.
              Docket No. 1:18-cv-8781

Dear Judge Caproni:

    Our office is counsel to Defendants Nicon Build, LLC and Evan Frost with respect to the above-referenced action. We are submitting this letter and the enclosed proposed Settlement Agreements with the consent of all counsel to the parties to this action.

    In accordance with the Court's Memorandum Endorsement Order entered April 9, 2019 (Docket No. 27), the proposed Settlement Agreements submitted jointly by the parties limit the releases from Plaintiffs to Defendants to the causes of action alleged in the complaint herein

Respectfully,

Gregory Frost

cc. Lawrence Spasojevich, Esq. (by ECF)
    Attorney for Plaintiffs

    Jonathan W. Tribiano, Esq.
    Attorney for Defendant Nicon Consulting & Construction< Inc.